**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Carl Eric HOPKINS, Defendant–Appellant.**

No. 13–7814.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 11, 2014.

Decided: Sept. 11, 2014.

Carl Eric Hopkins, Appellant Pro Se.

Before MOTZ, GREGORY, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carl Eric Hopkins appeals the district court's order denying his motion to compel the Government to file a Fed.R. Crim.P. 35(b) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Hopkins,* No. 3:02–cr–00540–JFA–1 (D.S.C. Oct. 8, 2013). We deny Hopkins' motion to appoint/assign counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*